IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JAMES W. BLEVINS, ) | |
| ) | Case No. 4:08CV00014 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TERRY SUAREZ, et al., ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

Before me is the Defendants' Motion to Dismiss [10]. Because the Plaintiff has failed to state a legally valid claim, the Defendants' Motion is **GRANTED**. However, the Plaintiff is granted thirty (30) days from the date of this Order to file an amended complaint, if he so chooses.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record and the Plaintiff.

Entered this 10th day of October, 2008.

                                                                  s/Jackson L. Kiser
                                                                   Senior United States District Judge